## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHANIE CURTIS,                           )
                                            )
                 Plaintiff,    )
                                            )
      v.                               )        CAUSE NO. 06-CV-4024-WDS
                                            )
JOHNSON & JOHNSON, et al.,                  )
                                            )
             Defendants.      )

## O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and

**TRANSFERS** this case to the Clerk of the Court for reassignment.

IT IS SO ORDERED.

DATED: February 15, 20006.


                        **s/ WILLIAM D. STIEHL**
                        **DISTRICT JUDGE**